IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATED OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | |
| NEAL MOSES | : | NO. 00-454 |

### MEMORANDUM

**ROBERT F. KELLY, Sr. J.**                                                                                    **JANUARY 14, 2009**

    The Defendant, Neil Moses, in a letter motion (Doc. No. 146) has requested a copy of an affidavit setting forth that he was indigent and could not afford to pay his own attorney (financial affidavit). Upon receipt of this request the Court caused a search to be made of the Clerk's Office file and a financial affidavit could not be found.

    We therefore enter the following Order.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATED OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | |
| NEAL MOSES | : | NO. 00-454 |

**O R D E R**

**AND NOW,** this 14th day of January, 2009, Neil Moses' request for a copy of a financial affidavit in the above-captioned case (Doc. No. 146) is hereby **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE